IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLINT COMPSTON, Administrator of the Estate of CLARK E. COMPSTON, deceased, | Civil Action No.: 2:14-cv-00574-TFM |
| Plaintiff, | |
| UNITED STATES OF AMERICA, | |
| Defendant | |

## ORDER OF COURT

AND NOW, this __23rd__ day of October, 2014, after consideration of the foregoing Petition, leave is hereby GRANTED to Clint Compston, Administrator of the Estate of Clark Compston, deceased, to settle this matter for the total sum of $125,000.00. Seventy-five percent (75%), or $93,750.00 is apportioned to wrongful death and will be distributed in equal shares as set forth below to Decedent's three adult children, all of whom are Decedent's wrongful death heirs, and twenty-five percent (25%) or $31,250.00 is apportioned to Decedent's survival claim and shall be distributed pursuant to the Pennsylvania laws pertaining to intestacy.

After payment of counsel's contingent fee and expenses, the net wrongful death recovery amounts to $67,081.14, and the net survival recovery amounts to $22,360.36. Distribution is to be made as follows:

a. The sum of $22,360.38, payable to Clint Compston, under the Wrongful Death Act;

b. The sum of $22,360.38, payable to Chris Compston, under the Wrongful Death Act;

c. The sum of $22,360.38, payable to Scott Compston, under the Wrongful Death Act;

d. The sum of $31,250.00, payable to Shenderovich, Shenderovich & Fishman, P.C., representing payment of its 25% contingent counsel fee;

e. The sum of $4,308.50, payable to Shenderovich, Shenderovich & Fishman, P.C., for reimbursement of expenses advanced on behalf of the Estate of Clark Compston, deceased;

f. Petitioner is directed to pay the Commonwealth of Pennsylvania Inheritance Tax due from this Estate out of the sum of $31,250.00 attributed to the Survival Act, and, after paying any debts owed by the estate, to distribute the balancing remaining after payment of Inheritance Tax and any debts in three (3) equal shares to Clint Compston, Chris Compston, and Scott Compston as required by Pennsylvania laws pertaining to intestacy.

BY THE COURT:

s/ Terrence F. McVerry
_____
Terrence F. McVerry
United States District Judge