UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLINT COMPSTON, ADMINISTRATOR OF THE ESTATE OF CLARK E. COMPSTON, DECEASED, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 2:14-cv-00574-TFM |

**ORDER DISMISSING ACTION WITH PREJUDICE**

Before the Court is the parties' joint motion to dismiss the above-captioned action with prejudice.

It is hereby ordered that the parties' joint motion is **GRANTED**. The above-captioned action is **DISMISSED WITH PREJUDICE**. Each party will bear its own costs and attorneys' fees.

Date: November 4, 2014

                                                 s/ Terrence F. McVerry
                                                 **UNITED STATES DISTRICT JUDGE**

Proposed Order submitted on October 31, 2014.

        Respectfully submitted,

        *s/ Craig L. Fishman*
        CRAIG L. FISHMAN
        Shenderovich, Shenderovich & Fishman, P.C.
        429 4th Avenue #1600
        Pittsburgh, PA 15219
        Telephone: 412-219-4085

        *Counsel for Clint Compston*

        *s/ Adam M. Dinnell*
        ADAM M. DINNELL
        Senior Trial Counsel (TX # 24055405)
        United States Department of Justice
        Civil Division, Torts Branch
        Environmental Torts
        1331 Pennsylvania Ave., NW, 8000S
        Washington, DC 20004
        E-mail: Adam.Dinnell@usdoj.gov
        Phone: 202-616-4211
        Fax: 202-616-4473

        *Counsel for Defendant United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2014 the foregoing document was jointly filed via the U.S. District Court's CM/ECF electronic filing system.

        *s/ Craig L. Fishman*
        CRAIG L. FISHMAN